IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MUHAMMAD R. MORRIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

 Appellant,

v.

CASE NO. 1D13-3611

STATE OF FLORIDA,

 Appellee.

_____/

Opinion filed September 11, 2014.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender,
Tallahassee, for Appellant; Muhammad R. Morris, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

WOLF, PADOVANO, and RAY, JJ., CONCUR.